### IN THE UNITED STATES BANKRUPTCY COURT
### District of Massachusetts

| | |
|---|---|
| **In the Matter of:** | } |
| | } Case No. 21-40554 |
| Carol Ann Delsonno | } |
| | } Chapter 13 |
| **Debtor** | } |

### DEBTOR'S MOTION TO EXTEND TIME FOR COMPLIANCE WITH ORDER TO UPDATE

**NOW COMES** the Debtor, Carol Ann Delsonno, in the above captioned matter who hereby requests that this court extend the deadline to August 16, 2021 for filing documents responsive to the Order to Update. In support of this motion, the Debtor states the following:

1. On July 19, 2021 the Debtor filed a Chapter 13 Bankruptcy petition.

2. The Debtor is required to file documents pursuant to the Order to Update by August 2, 2021.

3. The Debtor hired the undersigned Counsel on July 30, 2021.

4. The Debtor is in the process of furnishing sufficient documents to Counsel with information for the purposes of finalizing remaining schedules and the Debtor's Chapter 13 Plan.

5. The Debtor requires additional time to provide said documents to Counsel.

6. The §341 Meeting of Creditors is scheduled for August 27, 2021.

**WHEREFORE,** The Debtor requests the deadline on the Order to Update be extended through August 16, 2021.

Respectfully Submitted,

/s/ Lane N. Goldberg
July 30, 2021
Lane N. Goldberg, BBO#673045
Goldberg Law
140 Wood Road, Suite 400
Braintree, MA 02184
Tel: 617-328-0006
Fax: 617-328-0007
lane@goldberglawma.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Massachusetts**

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 21-40554 |
| Carol Ann Delsonno } | |
| } | Chapter 13 |
| **Debtor** } | |

Certificate of Service

I, Lane N. Goldberg, hereby certify that on July 30, 2021 a true copy of **DEBTOR'S MOTION TO EXTEND TIME FOR COMPLIANCE WITH ORDER TO UPDATE** was presented to the parties listed below via this court's ECF system and first-class mail where indicated.


July 30, 2021

/s/ Lane N. Goldberg
Lane N. Goldberg, BBO#673045
Goldberg Law
140 Wood Road, Suite 400
Braintree, MA 02184
Tel: 617-328-0006
Fax: 617-328-0007
lane@goldberglawma.com

VIA US MAIL

Selene Finance, P.O. Box 422039, Houston, TX 77242-4239


VIA ECF

Richard King, U.S. Trustee
Denise M. Pappalardo Chapter 13 Trustee