UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (WORCESTER)

| | |
|---|---|
| IN RE:<br><br>Carol Ann Delsonno,<br>Debtor | Case No. 21-40554-CJP<br>Chapter 13 |

# OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

Now Comes Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust and files its objection to the Debtor'S Chapter 13 Plan. In support of its objection, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust states as follows:

1. Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust is the holder of the first mortgage on the Debtors' property located 6 Edith Drive, Tewksbury, MA.

2. The mortgage to Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust is in default with an approximate pre-petition arrearage of $118,842.64 and an approximate total debt of $384,936.33. By the filing of its objection, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust sets forth its demand for payment and intent to hold the Debtor liable for the debt. The Proof of Claim bar date is September 27, 2021.

3. The Debtor's Chapter 13 Plan provides for the payment of $50,000.00 in pre-petition arrears to Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust.

4. Thus, the Debtor's plan fails to provide for the payment of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust's entire pre-petition arrearage as required by by 11 U.S.C. § 1325 (a)(5)(B)(iii)(II).

WHEREFORE, Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust respectfully requests that the Court deny confirmation of the Debtor's Chapter 13 Plan or for such other relief as the Court deems just and proper.

Respectfully submitted,
**Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust,**
By its Attorney

/s/ Zoh Nizami
Zoh Nizami, Esq.
BBO# 697116
Harmon Law Offices, P.C.
PO Box 610389



Newton Highlands, MA 02461
(617)558-0500
mabk@harmonlaw.com

Dated: August 26, 2021

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (WORCESTER)

IN RE:

Carol Ann Delsonno,
Debtor

Case No. 21-40554-CJP
Chapter 13

**CERTIFICATE OF SERVICE**

I, Zoh Nizami, Esq., state that on August 26, 2021, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of Massachusetts on behalf of **Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust** using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Lane N. Goldberg
Denise M. Pappalardo
Richard King

I certify that I have mailed by first class mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participants:

Carol Ann Delsonno
a/k/a Carol Ann Pratt
6 Edith Drive
Tewksbury, MA 01876-3258

Michael Delsonno
6 Edith Drive
Tewksbury, MA 01876-3258

Michael Delsonno
154 Shore Drive Apt C
Peabody, MA 01960-3034

Respectfully submitted,
**Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust,**
By its Attorney

/s/ Zoh Nizami
Zoh Nizami, Esq.
BBO# 697116
Harmon Law Offices, P.C.
PO Box 610389
Newton Highlands, MA 02461
(617)558-0500
mabk@harmonlaw.com

Dated: August 26, 2021